OCT 17 ~~~~

Clerk, U.S. Courts
District of Montana
Great Falls Division

# UNITED STATES DISTRICT COURT

for the

District of Montana

GREATFALLS Division

|  |  |
|---|---|
| BRIAN JAMES AZURE | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | ) ) ) |
| GREATFALLS POLICE DEPARTMENT | ) ) ) ) |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

Case No. CV 25-72-GF-DLC

*(to be filled in by the Clerk's Office)*

## AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
All other names by which
you have been known:
ID Number
Current Institution
Address

BRIAN JAMES AZURE,
BRIAN MATHU PRESLEY
BRIAN MCGILLIS
0030164304 27
CASCADE COUNTY DETENTION CENTER
3800 N. ULM FRONTAGE RD,
GREAT FALLS    MT.    59404
*City*            *State*        *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name
Job or Title *(if known)*
Shield Number
Employer
Address

GREAT FALLS POLICE DEPARTMENT
AGENCY
N/A
CASCADE COUNTY
112 1st Street S.
GREAT FALLS    MT    59401
*City*            *State*        *Zip Code*

Defendant No. 2
Name
Job or Title *(if known)*
Shield Number
Employer
Address

PAUL ALAN KUMMER
OFFICER
329
GFPD
112 1st St, S,
GREAT FALLS    MT
*City*            *State*        *Zip Code*

B. DEFENDANT(S)(CONTINUED)

Defendant No. 5

CLAYTON HENDERSON
GFPD OFFICER
N/A (sheild #)
GREAT FALLS POLICE DEPARTMENT
112 1st ST. S.
GREAT FALLS, MT. 59401

Defendant No. 6

ADAM HUNT
GFPD OFFICER
N/A
GFPD
112 1st ST. S
GREAT FALLS, MT. 59401

Defendant No. 7

RACHEL TOOKER
GFPD OFFICER
N/A
GFPD
112 1st ST. S.
GREAT FALLS, MT. 59401

Defendant No. 8

SAMUEL L. HARRIS
ATTORNEY AT LAW
LAW OFFICE OF SAM HARRIS, PLLC

# B. DEFENDANT(S)(CONT.)

#.

- (No. 8) P.O BOX 2051
GREAT FALLS, MT. 59403

## Defendant No. 9

MARK FRISBIE
PUBLIC DEFENDER
STATE OF MONTANA
615 2nd AVE. N. 3rd floor
GREAT FALLS, MT. 59401

## Defendant No. 10

JUDGE PARKER
CASCADE COUNTY 8TH JUDICIAL JUDGE
N/A (SHEILD#)
STATE OF MONTANA
121 4TH ST. N.
GREAT FALLS, MT. 59401

## Defendant No. 11

JUDGE GRUBICH
CASCADE COUNTY 8TH JUDICIAL JUDGE
N/A (SHEILD#)
STATE OF MONTANA
121 4TH ST. N.
GREAT FALLS, MT. 59401

## Defendant No. 12

KORY LARSEN / JOSHUA A. RACKI
CHEIF DEPUTY COUNTY ATT. / CASCADE COUNTY ATTORNEY
N/A (SHEILD#)
CASCADE COUNTY / STATE OF MT.
121 4TH ST. N. GREAT FALLS, MT. 59401

Defendant No. 3

    Name      ZACHARY HATTAN

    Job or Title *(if known)*      GFPD OFFICER

    Shield Number      372

    Employer      GFPD

    Address      112 1st St. S,

     GREAT FALLS    MT    59401

     *City*     *State*     *Zip Code*

Defendant No. 4

    Name      NICHOLAS BOWLEY

    Job or Title *(if known)*      GFPD OFFICER

    Shield Number      N/A

    Employer      GFPD

    Address      112 1st ST. S,

     GREAT FALLS    MT    59401

     *City*     *State*     *Zip Code*

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    FOURTH AMENDMENT OF THE U.S. CONSTITUTION
    FIFTH AMENDMENT OF THE U.S. CONSTITUTION,
    SIXTH AMENDMENT OF THE U.S. CONSTITUTION
    FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 8

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**ASSUMING EACH GREAT FALLS POLICE OFFICER ACTED UPON "PROBABLE CAUSE" FROM HEARSAY, AND/OR BIAS BECAUSE OF "NAME OR ETHNICITY"!**

**III.   Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

**IV.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. <u>Do not cite any cases or statutes.</u> If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim occurred.

**1.) BARREL O' BUCKS ON 7-5-2025, AT 0045, AT 527 CENTRAL AVE. WEST, GREAT FALLS, MONTANA. (SEE ATTACHED #A)**

B.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Attach additional pages if needed.

**(SEE ATTACHED - IV. STATEMENT OF CLAIM (#B.)**
**1.)(B.)**
**2.)(B.)**
**3.)(B.)**

# IV. STATEMENT OF CLAIM (CONTINUED # A.) (3(THREE) CLAIMS

2.) IN CASCADE COUNTY, GREAT FALLS, MONTANA, ON 8-14-2025, I WAS ARRESTED AND CHARGED WITH;

45-6-325 (F) (1ST) F FORERY

45-6-301 (1) (1ST) THEFT- UNAUTHORIZED CONTROL OVER PROPERTY

45-6-301 (1) (1ST) THEFT. UNAUTHORIZED CONTROL OVER PROPERTY

AND ON 8-19-2025 I WAS AGAIN CHARGED WITH;

45-6-301 (1) (1ST) THEFT. UNAUTHORIZED CONTROL OVER PROPERTY AGAIN ARREST WAS MADE BY PAUL KUMMER # 329.

3.) IN CASCADE COUNTY, GREAT FALLS, MONTANA,

ON 8-24-2025, SAMUEL HARRIS WAS ASSIGNED TO, 45-6-301 (1) (1ST OFFENSE) THEFT; AND ON 8-25-2025 MARK FRISBIE WAS ASSIGNED TO, 45-6-301 (1) (1ST OFFENSE) THEFT. SAMUEL HARRIS WAS IN FACT A JUDGE OVER 20- YEARS AGO IN WHICH HE TRIED AND CONVICTED THIS PLAINTIFF, AND AT A BAIL HEARING HELD NO DEFENSE WHEN FALSE INFORMATION WAS SPOKEN ABOUT ME IN THE EIGTH DISTRICT COURT ON 9-24-2025, IN FACT WHEN ON A PHONE CALL PREVIOUS HE SAID I WOULD "FAIL" IN COURT IF I SPOKE UP. (EMPHASIS ADDED).

(END OF IV. SECTION A)

# IV. STATEMENT OF CLAIM (#B.)

I.

1.) (B.) ON 7-4-2025 I ENTERED THE CASINO, BARREL-O'BUCKS JUST BEFORE OR SHORTLY AFTER MIDNIGHT. UPON ENTERING I MADE NO CONTACT WITH ANY EMPLOYEE BUT ANNOUNCED OUT LOUD I NEEDED THE RESTROOM BEFORE PLAY, AS I THOUGHT THE ATTENDENT WAS BUSY. I ATTENDED TO USING THE #2 (TWO) HEAD IN WHICH I WAS KINDA CONSTIPATED. AFTER A WHILE SOME MAN CAME IN AND ASKED IF I WAS A CUSTOMER AND I SAID YES I WAS FINISHING UP WITH MY BUSINESS USING THE #2 STALL. SHORTLY AFTER AS I WAS PUTTING ON MY BELT AND PUTTING IT IN MY BELT LOOPS I LOOKED UP AND SEEN A GREAT FALLS POLICE OFFICER (KUMMER) LOOKING OVER THE STALL AT ME. I THEN ASKED IF HE EVER HEARD OF PRIVACY AND HE STATED "NO - I HAD A CALL YOU HAD A KNIFE AND A NEEDLE AN DRUGS" I TOLD HIM THAT I DID NOT, AND HE PULLED A TASER OUT AND ORDERED ME OUT OF THE STALL. I HAD NO WARRENTS AND WAS NOT DOING ANYTHING ILLEGAL SO I REFUSED BECAUSE AT THAT POINT I DIDN'T FEEL SAFE. HE THEN SAID I WAS UNDER ARREST AND TO COME OUT OR HE WAS SENDING HIS OFFICER IN. I AGAIN SAID NO I DON'T FEEL SAFE. THE STALL DOOR FLEW OPEN SO IMMEDIATLY I SAID I WAS GOING TO THE GROUND AND REPEATED I WAS NOT RESISTING. (EMPHASIS ADDED) (SEE WATCH GUARD/BADGE #329 AND #372) I WAS PULLED OUT OF THE STALL AND-

# IV. STATEMENT OF CLAIM (#B.)(CONT.)

II.

1.)(B) I FELT A KNEE IN THE AREA UNDER MY SHOULDER BLADES, IN THE MIDDLE SPINE AREA AND A LOOSE HEADLOCK AROUND MY NECK. THEN I FELT PRESSURE ON MY WAIST OR BUTT AREA LIKE SOMEONE SAT ON ME, BUT I THEN FELT A COLDNESS SLIDE ACROSS MY LEFT ANKLE, THEN THE RIGHT ANKLE, BREIFLY. THAT SCARED ME SO I STARTED TO JERK WHEN I FELT A KNEE ON THE RIGHT SIDE OF MY RIBCAGE AND A HAND GRAB MY LEFT SHOULDER AND PULL BACK, THEN I COULDN'T BREATH SO I STARTED TO YELL OUT I COULD NOT AS LOUD AS I COULD, THINKING OF GEORGE FLOYD, THEN I SEEN A FLASH AND BLACKED OUT. I REMEMBER COMING TO, IN A HOSPITAL AND A POLICE OFFICER HANDING ME MY JACKET WHICH WAS ALL RIPPED TO SHREDS.(EMPHASIS ADDED) I WAS ALSO GIVEN AN ARRAIGNMENT HEARING ON 9-28-2025.

2.)(B.) I WAS ARRESTED FOR M.C.A § 45-6-325(1) THEFT-UNAUTHORIZED CONTROL OVER PROPERTY (1ST OFFENSE) BY GFPD OFFICER KUMMER #329, AND GIVEN (2) TWO DIFFERENT COUNCELS IN WHICH ONE HAS ONLY ONE OFFENSE AND THE OTHER ATTORNEY HAS (3) THREE OFFENSES, ALL THE SAME M.C.A (1ST OFFENSE) WITH DIFFERENT CAUSE NUMBERS, WHERE I WAS GIVEN A $20,000 BOND ON ONE AND O.R ON THE OTHER WITH NO REVOCATION OF O.R.(EMPHASIS ADDED) WHERE CHARGED WITH (3) THREE OFFENSES THE (2) TWO-

Case 4:25-cv-00072-DLC   Document 10   Filed 10/17/25   Page 10 of 18

THEFT CHARGES ARE FILED THE SAME WITH DIFFERENT FINES AND POTEINTAL TIME GIVEN IF FOUND GUILTY. I WAS CHARGED TWICE FOR THE SAME OFFENSE. (EMPHASIS ADDED)

3.)(#B.)

OCT 17 2025

Clerk, U.S. Courts
District of Montana
Great Falls Division

ON 9-14-2025 I WAS ARRESTED AND INCARCERATED AT THE CASCADE COUNTY DETENTION FACILTY. UPON MY 2nd OR 3rd PHONECALL WITH MR. HARRIS I TRIED REPEATIDLY TO ADDRESS THE (2) SAME CHARGES WITH (2) DIFFERENT COUNCEL AND HE WOULDN'T LISTEN JUST KEPT ASKING IF HE COULD TALK BUT NEVER ADDRESSED ANYTHING SO I SAID I WOULD BRING IT UP TO THE JUDGE WHEN IN FRONT OF HIM AND HE SAID "GO AHEAD YOU'LL FAIL!" SO WHEN AT A BAIL HEARING HE BROUGHT UP A COMPLETELY DIFFERENT CHARGE I HAD WITH MY OTHER COUNCEL AND TRIED TO HAVE ME OMIT IT WASN'T IN FACT THE SAME THEFT CHARGE, IN PART WAS TRUE BUT NOT. THEN PROSECUTION BROUGHT UP MY PAST CRIMINAL HISTORY IN WHICH THEY SAID I WAS CONVICTED OF ATTEMPTED DILIBERATE HOMICIDE, WHICH I WAS NOT, BUT HE NOT ONLY DIDN'T OBJECT, BUT SAID NOTHING IN DEFENSE TO 18 U.S.C § 2292 IMPARTING OR CONVEYING FALSE INFORMATION.......,"WHICH CAUSES SPECIAL DAMAGE!" NOR-

# IV. STATEMENT OF CLAIM (3#B) (cont) IV.

BRINGING ANY ARGUEMENT FOR BAIL AS I WAS GIVEN AN EVALUATION TO GO TO TREATMENT, BUT WAS DENIED ANY REDUCTION. I ALSO ASKED MR. HARRIS TO BE REMOVED FROM MY COUNCEL BECAUSE HE PRESIDED OVER CASES AS A JUDGE IN THE PAST AND I FIND IT TO BE A CONFLICT OF INTEREST. HE SAID IT WASN'T. BECAUSE OF MY MENTAL HEALTH PROBLEMS AS DEALING WITH STRESS, HAVING HIM AS COUNSEL IS LIKE A BRICK WALL FOR ME AS HE HAS GONE AGAINST ME EVERY STEP THUS FAR PROVING HIM HARMFUL AND INEFFECTIVE. OUR COMMUNICATION IS NILL THUS FAR BECAUSE OF HIS WANTING TO DO THINGS HIS WAY, FILING WHATEVER HE DEEMS NECESSARY FOR ME AFTER HE WAS ASKED TO BE REMOVED, AS PART OF A "MALISCOUS-PROSECUTION" WITH THE EIGTH JUDICIAL COURT AND PUBLIC DEFENDERS OFFICE, AS I DO NOT PAY THEIR WAGE FOR DEFENSE. (EMPHASIS ADDED) IT IS "AS IF" I AM A MINOR PART IN A WELL OILED FUNCTION THAT COMMON PEOPLE DO NOT COMPREHEND BECAUSE OF LACK OF A LAW DEGREE OR AN "INTELLECTUALIZATION" AMONG THE JUDGE AND THE OFFICES; TO OVERLOOK A MINIMAL REPRESENTATION OF COUNCEL INEFFECTIVE FOR A PERSON NEEDING DEFENSIVE COUNSEL. (IN PARA.-

Case 4:25-cv-00072-DLC    Document 10    Filed 10/17/25    Page 12 of 18

MARTERIA) I HAVE NOT YET BEEN ABLE TO REQUEST THE COURT(S) A CHANGE OF VENUE BECAUSE OF THIS POWERFUL FUNCTION I'M UP AGAINST. (EMPHASIS ADDED) MARK FRISBIE, WITH THE PUBLIC DEFENDERS OFFICE, HAS SPOKEN TO ME ONE TIME ABOUT MY CHARGES WITH THE GREAT FALLS POLICE AND SIMPLY SAID WE NEED A "GLOBAL PLEE" AND LEFT. I WAS OR'ED ON THOSE PARTICULAR CHARGES BUT HE FILED FOR A BAIL REDUCTION FOR THEM THE MORNING BEFORE MY ARRAIGNMENT. (EMPHASIS ADDED) THEN I WAS NOT GIVEN AN ARRAIGNMENT FOR THOSE CHARGES UNTIL A WEEK AND A HALF LATER ON, 9-28-2025, WHEN I WAS ARRESTED ON; 7-5-2025. (EMPHASIS ADDED) I DO BELEIVE BOTH COUNCEL'S ARE DEFECIENT AND THE ERRORS GOING ON ARE SERIOUS TO SHOW THAT COUNCEL(S) ARE NOT FUNCTIONING AS THE "COUNSEL" I NEED, AND THEIR PERFORMANCE PREJUDICES THE DEFENSE. (EMPHASIS ADDED)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. ON 7-5-2025 I WAS ADMITTED INTO BENEFIS HOSPITAL WITH BROKEN RIBS AND A COLLAPSED LUNG, I HAD TO REGULARY BLOW INTO A DEVICE DAILY TO HELP MY LUNG FOR A WEEK. I SPOKE WITH A COUNCELOR I THINK WAS FROM BEHAVIORAL HEALTH ABOUT MY CONCERNS WITH GETTING OUT AND HOW I WAS IN FEAR OF THE GFPD EVEN MORE AND/OR AUTHORITY, AND SHE —
(see attached)

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I REQUEST MONETARY RELIEF IN THE SUM OF 14 MILLION ($14,000,000) DOLLARS FOR THE PAIN AND SUFFERING OF MENTAL DISTRESS/ANGUISH, PHYSICAL HARM, MEDICAL BILLS (ONGOING), LOSS OF EMPLOYMENT/CAREER, INCARCERATED TIME, BONDING MONIES, EMOTIONAL STRAIN, AND HIGHTEND OR WORSEND MENTAL HEALTH CONDITIONS SUCH —
(see attached)

## VII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    BRIAN JAMES AZURE

Defendant(s)    GREAT FALLS POLICE DEPARTMENT

2.    Court *(if federal court, name the district; if state court, name the county and State)*

U.S. DISTRICT COURT, GREAT FALLS DIVISION, MONTANA

3.    Docket or index number

CV-18-00045-GF-BMM-JTJ (D. MONT. OCT. 25 2018)

4.    Name of Judge assigned to your case

JOHN JOHNSTON

5.    Approximate date of filing lawsuit

JANUARY 24TH, 2018

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.    OCTOBER 25TH, 2018

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

DISMISSED / FAILURE TO FILE

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

# V. INJURIES (CONTINUED)

ASSURED ME THAT IF I WAS SCARRED I COULD COME BACK TO THE HOSPITAL AND BE SAFE AT ANY-TIME. I DO NOT REMEMBER HOW WELL I WAS CHECKED PHYSICALLY AS I HAVE MY LEFT SHOULDER OUT OF ALIGNMENT SINCE THEN, NOR HAVE I BEEN ABLE TO ADDRESS MY DOCUMENTED ISSUES WITH A DAMAGED AMYDALA (TBI), PTSD, EXTREME-ANXIETY, ADHD, AND CLINICAL DEPRESSION.
I HAVE NOT RECEIVED ANY HELP FOR PSYCHOLOGICAL HARM, MENTEL DISTRESS, HUMILIATION OR EXTREME SHOCK FOR THIS MALICIOUS PURPOSE OR MATTER.

# VI. RELIEF (CONTINUED)

I.

AS; TRAUMATIC BRAIN INJURIES, POST TRAUMATIC STRESS AND CLINICAL DEPRESSION.

ADEQUATE RELIEF FOR RELATIONSHIP LOSS AND LOSS OF TIME WITH CHILDREN AND FAMILY MAY BE THE REVERSAL OF ANY AND ALL CHARGES AGAINST THE PLAINTIFF.

PRAYER FOR "SPECIAL" RELIEF, THAT IS CONSISTANT WITH "EFFECTIUE" REPRESENTATION MAY BE SOUGHT ALSO AS AN INJUNCTION; AS A PERSON WITH LITTLE TO NO MONEY MAY BE EQUAL TO JUSTICE FAIRLY, (SEPER-ATION OF NOT BITING THE HAND THAT FEEDS) AND GIVEN AN HONEST CHANCE AT NOT BEING FELONIOUS. (EMPHASIS-ADDED)

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.   Parties to the previous lawsuit

          Plaintiff(s) _____

          Defendant(s) _____

      2.   Court *(if federal court, name the district; if state court, name the county and State)*

          _____

      3.   Docket or index number

          _____

      4.   Name of Judge assigned to your case

          _____

      5.   Approximate date of filing lawsuit

          _____

      6.  Is the case still pending?

          ☐ Yes

          ☐ No

          If no, give the approximate date of disposition _____

      7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

          _____

## VIII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10-12-2025

Signature of Plaintiff

Printed Name of Plaintiff    BRIAN JAMES AZURE

Prison Identification #    0030164304a7

Prison Address    3800 N. ULM FRONTAGE RD.

GREAT FALLS    MT.    59404
City        State        Zip Code