IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRIAN JAMES AZURE,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ALAN KUMMER, CLAYTON HENDERSON, ADAM HUNT, RACHEL TOOKER, ZACHARY HATTAN, and NICHOLAS BOWLEY,<br><br>Defendant. | Cause No. CV 25-72-GF-DLC<br><br><br>ORDER |

Plaintiff Brian James Azure has moved for entry of default and default judgment against Defendants. (Docs. 15 and 16.) Defendants have responded. (Doc. 17.) As Defendants point out, they answered properly on December 24, 2025. (Doc. 14.) Presumably, their Answer somehow failed to reach Plaintiff in his place of detention.

Accordingly, it is HEREBY ORDERED:

1. Plaintiff's motions are DENIED. (Docs. 15 and 16.) Defendants are directed to serve an additional, courtesy copy of their Answer on Plaintiff, within ten days of the making of this Order.

2. At all times during the pendency of this action, Azure must

immediately advise the Court of any change of address and its effective date. Failure to file a notice of change of address may result in the dismissal of the action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

DATED this 7th day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court